Roy L. WILLIAMS, Plaintiff—Appellant,

v.

ALTERNATIVE BEHAVIORAL SERVICES, Defendant—Appellee.

No. 04–2138.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2005.

Decided: Feb. 22, 2005.

Roy L. Williams, Appellant pro se.

Warren David Harless, Christian & Barton, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy L. Williams appeals the district court order awarding summary judgment in favor of Alternative Behavioral Services on Williams's claim of employment dis-

---

crimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e–2(a)(1) (2000). We have reviewed the record and the district court's thorough opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Alternative Behavioral Servs.*, No. CA–03–903 (E.D.Va. Sept. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*